# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

v.                                                            **Case No. 05-CR-168**

**CYNTHIA ALICEA,**

          **Defendant.**

## ORDER AUTHORIZING GOVERNMENT COMMUNICATION WITH JURORS

Upon consideration of the government's motion to communicate with members of the jury panel in the above-captioned matter, pursuant to General Local Rule 47.3 (Eastern District of Wisconsin), and for the reasons therein stated,

**IT IS HEREBY ORDERED** that the attorney for the government be given leave to communicate with members of the jury panel in the above-captioned case.

**SO ORDERED** this 14th date of November , 2005.

                                                   s/ Rudolph T. Randa
                                                 Honorable Rudolph T. Randa
                                                 Chief District Court Judge